IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE TAYLOR, | ) | Civil Action No. 18 – 147J |
| Plaintiff, | ) | |
| | ) | District Judge Kim R. Gibson |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| SECRETARY JOHN E. WETZEL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

On March 4, 2019, the Clerk of Court entered default against Defendant Gary Teet ("Defendant Teet"). (ECF Nos. 20 & 21.) Subsequently, Plaintiff filed a Motion for Default Judgment against Defendant Teet, which this Court granted by Order dated May 2, 2019. (ECF Nos. 16 & 28.) Pursuant to that Order, a damages hearing was held before Magistrate Judge Lisa Pupo Lenihan on July 18, 2019. (ECF No. 36.) On October 1, 2019, Judge Lenihan filed a Report and Recommendation wherein she recommended that the Court award compensatory damages against Defendant Teet in the amount of $30,000.00 and punitive damages against Defendant Gary Teet in the amount of $50,000.00, for a total award of $80,000.00. (ECF No. 47.) To date, no objections have been field to the Report and Recommendation. Accordingly, the following Order is now entered.

AND NOW, this 8th day of June, 2020;

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 47) is adopted as the Opinion of the Court.

1

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment against Defendant Teet in the amount of $30,000.00 for compensatory damages and $50,000.00 for punitive damages, for a total judgment award of $80,000.00.

By the Court:

_Kim R. Gibson_
Kim R. Gibson
United States District Judge

Cc: Counsel of record
(Via CM/ECF electronic mail)